| PROB. 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 3:99-CR-125-32 (JAF) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 07CR30010 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT: PUERTO RICO | DIVISION: U.S. PROBATION OFFICE |
|---|---|---|
| Arcangel Mattei-Quiñones<br>51 West Court<br>Holyoke, Massachusetts | NAME OF SENTENCING JUDGE<br>Honorable José A. Fusté | |
| | DATES OF PROBATION/<br>**SUPERVISED RELEASE** | FROM<br>02-02-2005 | TO<br>02-01-2010 |

OFFENSE
21 U.S.C. § 846 Conspiracy to possess with intent to distribute cocaine and heroin, a Class "A" felony.
18 U.S.C. § 1956 (a)(1) B(I) Laundering of monetary instruments, a Class "C" felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Massachusetts</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/20/07
Date

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4-3-07
Effective Date

_United States District Judge_