**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**
**FEDERICO DEGETAU FEDERAL BLDG. - RM. 150**
**CARLOS CHARDON AVE.**
**HATO REY, PUERTO RICO 00918-1767**

FRANCES RIOS DE MORAN

CLERK

TEL. (787) 772-3012
FAX (787) 766-5693

May 21, 2007

Sarah Allison Thornton
Clerk of Court
US District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way-Suite 2300
Boston, MA   02210

Re:  Cr. No. 99-125-32 (JAF)
USA vs. Mattei-Quinones

Dear Mrs. Thornton:

In accordance with the Transfer of Jurisdiction Order filed in the above-entitled case on May 18, 2007, we enclose the following documents:

1.    Certified copy  of Indictment  filed on May 5, 1999  (docket # 2).

2.    Certified copy of Judgment filed on Sep 28, 2000 (docket # 977).

3.    Certified copy of Transfer of Jurisdiction  Order filed on May 18, 2007 (docket # 1496).

4.    Certified copy of docket  sheet .

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN
Clerk of Court

Lida Isis Egele
Operations Manager

Enc.
s/c: Jose Soto, SUSPO